UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
|     PLAINTIFF | : | CRIMINAL NO.: 3:10cr60 (VLB) |
| | : | |
| V. | : | |
| | : | |
| | : | JUNE 1, 2011 |
| CHEYNE MAZZA | : | |
|     DEFENDANT | : | |

## NOTIFICATION

Pursuant to the Court's May 26, 2011 Order, the Defendant, CHEYNE MAZZA, hereby notifies the Honorable Court and the Government as follows:

    1.    With regard to the drug quantity attributable to the Defendant, there is no need for a hearing by virtue of the Defendant's plea. The agreed upon offense Level of 26, encompasses the partner belief that the quantity of marijuana attributable to the Defendant is at least 100kg but less than 400kg.

    2.    The Defendant, Cheyne Mazza, plans to object to: a four level enhancement for role; a two level enhancement for obstruction of justice and the application of U.S.S.G. § 2D1.1(b)(12) which would result in an additional 2 levels.However, as the Pre-Sentence Report has not yet provided the Court with

its view on the enhancemnets, a June 13, 2011 Hearing would be putting "the cart before the horse".

    3.    The Defendant, Cheyne Mazza, respectfully requests the Court to hold in abeyance any hearing with regard to said enhancements until the Pre-Sentence Report is filed and reviewed.  As such, upon receipt and analysis of the Pre-Sentence Report, Counsel for the Defendant would be able to advise the Court whether a hearing is necessary and make a motion or request accordingly.

The Defendant, Cheyne Mazza, is appreciative of the Court's attention to his Constitutional rights and makes this suggestion out of concern for this Court's time and Government's resources.

                      THE DEFENDANT
                      CHEYNE MAZZA


BY:    /s/
        MICHAEL S. HILLIS
        DOMBROSKI HILLIS, LLC
        129 Whitney Avenue
        New Haven, CT 06510
        203-624-9096
        mhillis@dkh-law.com
        Federal Bar #: ct11867

## CERTIFICATION

I hereby certify that on June 1, 2011, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
**MICHAEL S. HILLIS**