**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **PLAINTIFF** | : | **CRIMINAL NO.: 3:10cr60 (VLB)** |
| | : | |
| **V.** | : | |
| | : | |
| | : | **JULY 7, 2011** |
| **CHEYNE MAZZA** | : | |
| **DEFENDANT** | : | |

### <u>MOTION TO CONTINUE EVIDENTIARY HEARING</u>

The Defendant, CHEYNE MAZZA, through counsel, hereby moves this Honorable Court, to continue the evidentiary hearing from July 14, 2011 to a date convenient to the court and states in support the following:

1.    The Defendant's counsel's minor daughter is scheduled for medical treatment at Boston Children's Hospital on July 13, 2011. Should it be determined that the minor child requires surgical intervention, surgery will commence on July 14, 2011.

2.    It is in the interest of justice that the Court grant this motion.

3.    Assistant United States Attorney David Sullivan has no objection to this motion.

4.      The following dates have been determined as mutually agreeable to counsel for the Government and for the defendant: July 26, July 27 or July 28, 2011.

WHEREFORE, Defendant prays this Court enter an Order to continue the date for the evidentiary hearing to a date convenient to the court, with possible dates of July 26, July 27, or July 28, 2011.


THE DEFENDANT
CHEYNE MAZZA


BY:   __/s/__    MICHAEL S. HILLIS_____
        MICHAEL S. HILLIS
        DOMBROSKI HILLIS, LLC
        129 Whitney Avenue
        New Haven, CT 06510
        203-624-9096
        mhillis@dkh-law.com
        Federal Bar #: ct11867

## CERTIFICATION

I hereby certify that on July 7, 2011, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


        /s/     MICHAEL S. HILLIS
MICHAEL S. HILLIS