Criminal Std  (4/4/2011)

HONORABLE: _____
DEPUTY CLERK _____  RPTR/ECRO/TAPE _____
USPO _____  INTERPRETER _____

TOTAL TIME: _____ hours _____ minutes
DATE: _____  START TIME: _____  END TIME: _____

**COURTROOM MINUTES**   break 1:03pm-2:20pm

☐ IA-INITIAL APPEAR   ☐ BOND HRG   ☐ CHANGE OF PLEA   ☐ IN CAMERA HRG
☐ IA- RULE 5   ☐ DETENTION HRG   ☐ WAIVER/PLEA HRG   ☐ COMPETENCY HRG
☐ ARRAIGNMENT   ☐ PROBABLE CAUSE   ☐ EXTRADITION HRG   ☐ FORFEITURE
☐ CONFLICT HRG   ☐ EVIDENTIARY HRG   ☐ STATUS CONF

CRIMINAL NO. _____  DEFT # _____
_____
AUSA

**UNITED STATES OF AMERICA**
vs
_____
Counsel for Defendant Ret ☐  CJA ☐  PDA ☐

☐ ……. Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
☐ …… ☐ Arrest Date (CT Case): _____ ☐ Case unsealed or ☐ Rule 5 arrest, _____ Dist of _____
☐ …… CJA 23 Financial Affidavit filed ☐ under seal
☐ …… Order Appointing Federal Public Defender's Office filed
☐ …… Court appoints Attorney _____ to represent defendant for ☐ this proceeding only ☐ all proceedings
☐ …… Appearance of _____ filed
☐ …… ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
☐ …… ☐ Information/Misdemeanor filed ☐ Sealed Information filed
☐ …… ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
☐ …… ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
☐ …… Plea Agreement Ltr filed ☐ under seal   to be e-filed
☐ ……Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s) _____ of the _____
☐ …… Petition to Enter Guilty Plea filed                                (indict, superseding indict, info)
☐ …… Defendant motions due _____ ; Government responses due _____
☐ …… Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
☐ ……. Hearing on Pending Motions scheduled for _____ at _____
☐ …… Jury Selection set for _____ at _____
☐ …… Remaining Count(s) to be dismissed at sentencing
☐ …… Sentencing set for _____ at _____  ☐ Probation 246B Order for PSI & Report
☐ …… Special Assessment of $_____ on count(s) _____. Total $_____   Due immediately   Pay at sentencing
☐ …… Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ …… Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ …… Order of Detention filed
☐ …… Deft ordered removed/committed to originating /another District of _____
☐ …… No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
☐ …… Waiver of Rule 5 Hearing filed
☐ …… Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ …… Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
☐ …… Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
☐ …… Defendant detained
☐ …… Hearing ☐ waived ☐ set for _____ ☐ continued until _____
☐ …… Set Attorney Flag and notify Federal Grievance Clerk
☐ SEE page II for ☐ conditions of bond ☐ additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO.  A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____

## ADDITIONAL PROCEEDINGS

| | | | |
|---|---|---|---|
| ☐ ..... Deft's oral motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... Deft's oral motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... Deft's oral motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... Deft's oral motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... Govt's oral motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... Govt's oral motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... Govt's oral motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... Govt's oral motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... # ____ Deft ____ Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... # ____ Deft ____ Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... # ____ Govt Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... # ____ Govt Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... _____ ☐ filed | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... _____ ☐ filed | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... _____ ☐ filed | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... _____ ☐ filed | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... _____ ☐ filed | ☐ granted | ☐ denied | ☐ advisement |